**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

H. PAUL HETT,

    Petitioner,

v.                                                                                                    CASE NO: 8:06-CV-1417-T-30TGW

JERRY C. WADE, et al.,

    Respondents.
_____/

**O R D E R**

    This matter is before the Court for consideration of Petitioner's Motion for Extension of Time or Indefinite Stay (Dkts. 28 and 29). Petitioner filed an amended petition for federal habeas relief pursuant to 28 U.S.C. § §2254 on January 16, 2007 (Dkt. 13). Respondents filed a limited response to the petition seeking dismissal under the one-year limitations period applicable thereto. *See* 28 U.S.C. § §2244(d).

    As grounds for his request for an indefinite extension of time or indefinite stay of these proceedings, Petitioner states that he needs additional time to prepare his reply to the response because he "is scheduled to be transported for surgury [sic] in the very near future." Petitioner further contends that due to the "physical mechanics imposed on the prisoner litigant by the Respondents . . . it will be impossible . . . for him to submit a coherent reply in the time frame he has been allowed, however otherwise generous" (Dkt. 28 at 2). The Court finds Petitioner's motion premature. Speculation regarding impediments to his ability to prepare a reply that may arise in the future is unpersuasive.

    Petitioner has not shown good cause for an indefinite extension of time or an indefinite stay of these proceedings. The motion will, however, be denied without prejudice

to renewal when Petitioner files a change of address advising the Clerk that he has been transferred to a Florida Department of Corrections medical facility.

**ACCORDINGLY**, the Court **ORDERS** that Petitioner's Motion[s] for Extension of Time or Indefinite Stay are **DENIED** without prejudice (Dkts. 28 and 29).

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:jsh
<u>Copy furnished to</u>:
Petitioner *Pro Se*/Counsel of Record