UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

H. PAUL HETT,

    Petitioner,

v.                                                                              CASE NO: 8:06-CV-1417-T-30TGW

JERRY C. WADE, et al.,

    Respondents.
_____/

# **ORDER**

This cause is before the Court for consideration of Petitioner's Petition for Writ of Habeas Corpus Ad Testificandum (Dkt. 42) and Motion for Judgment on the Pleadins [sic] or Alternatively a Plenary Hearing of the Merits (Dkt. 43).   Petitioner is challenging his 1988 convictions for sexual battery of a child under the age of 12.(Dkt. 13).

The provisions of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") governing evidentiary hearings in federal habeas corpus cases are found at 28 U.S.C. § 2254(e)(2). The "AEDPA expressly limits the extent to which hearings are permissible, not merely the extent to which they are required." *Kelley v. Sec., Dep't of Corrs.*, 377 F.3d 1317, 1337 (11th Cir. 2004), *cert. denied*, 545 U.S. 1149, 125 S.Ct. 2962 (2005). *See also McDonald v. Johnson*, 139 F.3d 1056, 1060 (5th Cir. 1998) (stating that "[c]onsistent with the AEDPA's goal of streamlining the habeas process, § 2254(e)(2) specifies the situations where evidentiary hearings are *allowed*, not where they are *required*"

(emphasis in original)).

Rule 8(a), Rules Governing Section 2254 Cases (2007) provides, in pertinent part, that the Court must "review the answer, any transcripts and records of state-court proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted." Prior to reaching a decision on Petitioner's request for relief, the Court will, in accordance with 28 U.S.C. §2254 and controlling case law, determine whether a federal hearing of this matter is warranted or whether the state court record provides an adequate basis for dispensing with the federal hearing. In the event that the Court decides that an evidentiary hearing is required in this matter, it will notify Petitioner of that decision.

**ACCORDINGLY**, the Court **ORDERS** that:

1. The Motion for Judgment on the Pleadins [sic] or Alternatively a Plenary Hearing of the Merits (Dkt. 43) is **DENIED** without prejudice.

2. The Motion for Writ of Habeas Corpus Ad Testificandum (Dkt. 42) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on October 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to: All Parties/Counsel of Record