**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**H. PAUL HETT,**

    **Petitioner,**

v.                                                          **Case No.  8:06-CV-1417-T-30TGW**

**JERRY C. WADE and
FLORIDA ATTORNEY GENERAL,**

    **Respondents.**
_____/

## **ORDER**

THIS CAUSE came on for evidentiary hearing on September 17, 2008, on Petitioner's Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Dkt. #13), Petitioner's Motion to Dismiss Alec Fitzgerald Hall as Counsel (Dkt. #66), and Petitioner's Motion to Compel Evidence (Lab and DNA Testing and Analysis) (Dkt. #67).

The Court made the following findings of fact:

1.     Attorney Alec Hall has done an entirely professional job in representing Petitioner in this matter.

2.     There is no existing lab or DNA testing of Mr. Hett's blood or saliva samples in existence.  Therefore, it is impossible for them to be produced.

3.     There are no lab results of any kind excluding Petitioner as the person who may have placed semen in the vagina of the child victim.

4. At the time that Petitioner pled guilty, there were no test results of any kind that were furnished to his attorney or the State of Florida. Therefore, Petitioner's assertion that Attorney Fernandez hid the test results from him is untrue.

5. Since there is no newly discovered evidence, the Amended Petition is also time-barred.

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner's Motion to Dismiss Alec Fitzgerald Hall as Counsel (Dkt. #66) is DENIED.

2. Petitioner's Motion to Compel Evidence (Lab and DNA Testing and Analysis) (Dkt. #67) is DENIED.

3. Petitioner's Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Dkt. #13) is DENIED.

4. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2006\06-cv-1417.evid hrg.frm